**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MELVIN TURPIN,

        Plaintiff,

vs.

TROPICANA LAS VEGAS, INC.,

        Defendant.

2:16-cv-00711-APG-CWH

**ORDER**

        Before the court is Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF No. 8).

        IT IS HEREBY ORDERED that any opposition to Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF No. 8) must be filed on or before July 26, 2016.  No reply necessary.

        DATED this 19th day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE