# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MELVIN TURPIN,

        Plaintiff,

vs.

TROPICANA LAS VEGAS, INC.,

        Defendant.

2:16-cv-00711-APG-CWH

**MINUTE ORDER**

      Before the Court is Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF No. 8).

      No opposition has been filed. Under Local Rule 7-2, the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  Here, it would seem that Plaintiff has consented to the granting of the instant motion.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF No. 8) is GRANTED.  The insurance carrier representative must be available by telephone for the entire duration of the ENE.

      IT IS SO ORDERED.

      DATED this 9th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE