# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVIN J. TURPIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TROPICANA LAS VEGAS HOTEL & CASINO, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-00711-APG-CWH<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS**<br><br>(ECF No. 4) |

In light of the parties' settlement (ECF No. 15),

IT IS ORDERED that the defendant's motion to dismiss **(ECF No. 4) is DENIED** as moot.

DATED this 8th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE