# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELVIN J. TURPIN,

        Plaintiff,

vs.

TROPICANA LAS VEGAS HOTEL & CASINO, INC.,

        Defendant.

Case No.  2:16-cv-00711-APG-CWH

**ORDER**

      Presently before the court is Plaintiff Melvin J. Turpin's application to proceed *in forma pauperis* (ECF No. 1), filed on March 31, 2016.  Plaintiff has submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them.  Accordingly, Plaintiff's request to proceed *in forma pauperis* will be granted.

      Upon granting a request to proceed *in forma pauperis*, the court normally screens the complaint under 28 U.S.C. § 1915(e)(2) to identify cognizable claims and dismiss claims that are frivolous, malicious, file to state a claim on which relief may be granted, or seek monetary relief from a defendant who is immune from such relief.  The purpose of screening is to prevent defendants from having to respond to frivolous or malicious lawsuits and to conserve judicial resources by dismissing these types of cases at an early stage.  Given that the parties in this case reached a settlement at the Early Neutral Evaluation conference held by Magistrate Judge Cam Ferenbach on August 22, 2016, the court finds that screening of the complaint is unnecessary and does not promote judicial efficiency.  (*See* Mins. of Proceedings (ECF No. 15).)  The court therefore will not screen the complaint.

      IT IS THEREFORE ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is GRANTED.  Plaintiff will not be required to pay the filing fee in this action.

1  Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of
2  any additional fees or costs or the giving of a security for fees or costs.  This Order granting leave
3  to proceed *in forma pauperis* does not extend to the issuance of subpoenas at government expense.
4      IT IS FURTHER ORDERED that the Clerk of the Court must file Plaintiff's complaint
5  (ECF No. 1-1).

7      DATED: September 7, 2016.

                                              _____
                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**